

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Peter Remington Crane - #196967

_____/

# CV 10 80 0 66MISC

## VRW

### ORDER TO SHOW CAUSE

It appearing that Peter Remington Crane has been suspended for 60 days by the Supreme Court of California effective February 7, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Peter Remington Crane
Attorney At Law
CRANE LAW GROUP
204 Cazneau Ave Ste A
Sausalito, CA 94965

**United States District Court**
**For the Northern District of California**